Bustamante Ramiro Osuna   401113
Name and Prisoner/Booking Number

Coconino County Detention Facility
Place of Confinement

951 E. Sawmill Rd.
Mailing Address

Flagstaff, AZ 86001
City, State, Zip Code

X FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 2 3 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ Z DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

_____,
                    Petitioner,

vs.

_____,
                    Respondent(s).

CASE NO. CV 09-8192 PCT ROS MHB

APPLICATION TO PROCEED
*IN FORMA PAUPERIS*
BY A PRISONER
(HABEAS)

I, Ramiro O. Bustamante, declare, in support of my request to proceed in the above entitled case without prepayment of fees under 28 U.S.C. § 1915, that I am unable to pay the fees for these proceedings or to give security therefor and that I believe I am entitled to relief.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently employed at the institution where you are confined?   • Yes   •(No)
   If "Yes," state the amount of your pay and where you work. _____
   _____

2. Do you receive any other payments from the institution where you are confined?   • Yes   •(No)
   If "Yes," state the source and amount of the payments. _____
   _____

3.  Do you have any other sources of income, savings, or assets either inside or outside of the institution where you are confined?  • Yes  ☒ No
    If "Yes," state the sources and amounts of the income, savings, or assets. _____
    _____

I declare under penalty of perjury that the above information is true and correct.

__10-22-09__   __Ramiro O. Bustamante__
DATE                                                    SIGNATURE OF APPLICANT

---

### CERTIFICATE OF CORRECTIONAL OFFICIAL
### AS TO STATUS OF APPLICANT'S TRUST ACCOUNT

I, __Bustamonte, Ramiro__, certify that as of the date applicant signed this application:
(Printed name of official)

The applicant's trust account balance at this institution is: $ __0__.

__10-22-09__   __Sgt. J.D. Keenan__   __Sgt/326__   __CCDF__
DATE         AUTHORIZED SIGNATURE    TITLE/ID NUMBER   INSTITUTION

2