FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 2 3 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Ramiro Bustamante
Coconino County Detention Facility
951 E. Sawmill Rd.
Flagstaff, AZ 86001

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

Ramiro Bustamante,

    Petitioner,

v.

Michael Valenzuela, Interim Chief, Pascua Yaqui Tribe Department of Public Safety;

Kurt Braatz, Commander, Detention, Coconino County Detention Facility; and

Vincent Anchando, Assistant Correctional Program Specialist, Bureau of Indian Affairs Office of Justice Services, Division of Corrections,

    Respondents.

CV09-8192 PCT ROS(MHB)

**MOTION TO ASSIGN CASE TO JUDGE ROSENBLATT**

    Petitioner Ramiro Bustamante, an enrolled member of the Pascua Yaqui Tribe ("the Tribe"), is filing herewith a Petition for Writ of Habeas Corpus and a Request for Appointment of Counsel Pursuant to 18 U.S.C. § 3006A. Mr. Bustamante's Petition for Writ of Habeas Corpus includes only one claim, and this claim turns on his argument that the portion of the Indian Civil Rights Act codified at 25 U.S.C. § 1302(7), which prohibits any Indian tribe exercising powers of self-government from "impos[ing] for conviction of any one offense any penalty or punishment greater than imprisonment for a term of one year," bars Indian tribes from imposing terms of imprisonment exceeding one year for any "single criminal transaction."

    This same issue involving the same respondents is currently before the Honorable Paul G. Rosenblatt in the case of *Miranda v. Nielsen*, No. 3:09-cv-

1 | 08065-PGR-ECV. In light of this fact, and in the interest of conserving scarce
2 | judicial resources and avoiding unnecessary intra-district conflicts, Mr.
3 | Bustamante respectfully requests that this Court assign this case to Judge
4 | Rosenblatt.

Respectfully submitted on: 10-22-09

*[signature]*
RAMIRO BUSTAMANTE
Coconino County Detention Facility
951 E. Sawmill Rd.
Flagstaff, AZ  86001