FILED ____ LODGED
____ RECEIVED ____ COPY

OCT 2 3 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ Z DEPUTY

Ramiro Bustamante
Coconino County Detention Facility
951 E. Sawmill Rd.
Flagstaff, AZ 86001

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Ramiro Bustamante,<br><br>    Petitioner,<br><br>v.<br><br>Michael Valenzuela, Interim Chief, Pascua Yaqui Tribe Department of Public Safety;<br><br>Kurt Braatz, Commander, Detention, Coconino County Detention Facility; and<br><br>Vincent Anchando, Assistant Correctional Program Specialist, Bureau of Indian Affairs Office of Justice Services, Division of Corrections,<br><br>    Respondents. | CV 09-8192 PCT ROS (MHB)<br><br>**MOTION TO EXPEDITE** |

Petitioner Ramiro Bustamante, an enrolled member of the Pascua Yaqui Tribe ("the Tribe"), is filing herewith a Petition for Writ of Habeas Corpus and a Request for Appointment of Counsel Pursuant to 18 U.S.C. § 3006A. Mr. Bustamante is currently serving a custodial sentence that will expire on September 18, 2010. Mr. Bustamante will not be serving any term of probation or supervised release after that date. Mr. Bustamante therefore respectfully asks this Court to expedite these proceedings so that they will not become moot before the Court has a chance to rule on the merits of his claim. *See Fowler v. Sacramento County Sheriff's Dep't*, 421 F.3d 1027, 1033 n.5 (9th Cir. 2005).

This motion was prepared with the assistance of Assistant Federal Public Defender Daniel L. Kaplan and Research & Writing Specialist Keith J. Hilzendeger.

Respectfully submitted on: 10-21-09

*/s/ Ramiro Bustamante/*
RAMIRO BUSTAMANTE
Coconino County Detention Facility
951 E. Sawmill Rd.
Flagstaff, AZ  86001